# EXHIBIT 'A'



**dh Deaconess**

Secure Processing Center
P.O. Box 680
Central Islip, NY 11722-0680

March 20, 2026

Dear Kimberly G. Lamb,

Deaconess Health System ("Deaconess") is committed to protecting the privacy and confidentiality of our patients' information. Regrettably, we are writing to inform you of an incident involving some of that information. This notice explains the incident, outlines the measures we have taken in response, and steps you can take.

**What Happened?** On February 2, 2026, our Release of Information ("ROI") vendor, MediCopy Services, Inc. ("MediCopy"), notified us of a data security incident that involved some Deaconess patient information related to ROI requests. We began an investigation in coordination with MediCopy, which determined that an unauthorized actor accessed MediCopy's cloud-based file sharing platform and downloaded files on January 13, 2026. We then began a comprehensive review of the involved files to identify individuals whose information was included.

This incident did **not** involve or impact any of Deaconess's IT systems or our electronic medical record system.

**What Information Was Involved?** Our review has recently determined that some of your information was contained in the files, which may include your name, Social Security number, date of birth, medical record number, date(s) of service, health insurance identification number, and/or medical records related to treatment received at Deaconess.

**What We Are Doing.** We want to assure you that we take this incident very seriously and sincerely regret any concern this may cause. We have arranged for you to receive 12 months of complimentary access to Epiq's Privacy Solutions ID credit monitoring, as discussed below. Additionally, to help prevent something like this from happening again, MediCopy implemented additional measures to further strengthen the security of its file sharing platform and the Deaconess information it maintains. We also reported the incident to the relevant agencies.

**What You Can Do.** We encourage you to remain vigilant by reviewing your account statements and credit reports for any unauthorized activity. Additionally, you can enroll in the complimentary credit monitoring product we have arranged for you. This product is designed to detect potential misuse of your information and offers identity protection solutions aimed at promptly identifying and resolving any instances of identity theft. Activating this product will not affect your credit score. For more information on identity theft prevention and Privacy Solutions ID, including instructions on how to activate your complimentary access, as well as additional steps you can take in response, please review the pages that follow this letter.

**For More Information:** If you have questions about this incident, please call our dedicated call center, toll-free at 1-844-558-4567, Monday through Friday, between 8 a.m. and 8 p.m. Central Time.

Sincerely,

Deaconess Health System